State Tennessee
v.
Steve R Levi

Docket No: 20-CR-170B
22-CR-197B
22-CR-196B

Re: 69785c-3

01.01.2024

FILED JAN 05 2024 Clerk, U. S. District Court Eastern District of Tennessee At Chattanooga

I would like to make a formal complain on the 10th Judicial Public Defender Tyler munger for not given me the paper work I've asked for from July 18, 2023 till now Jan. 01, 2024 as follows.

① Judge Sandra N.C. Donaghy Ruled in the States favor on the motion to Consolidate 22-CR-197B, 22-CR-196B I never got a copy of the motion or Order on April 17, 2023

② The paper work on the motion to withdraw Tyler munger filed in Judge Andrew Freiberg's court on 09.06.2022 But Judge Sandra N.C. Donaghy Ruled on due to a conflict of intrest with a present defendent on case # 20-CR-170B that I went to Jan, 9 2023 with tyler munger and Paul Rush Still with a conflict and in Judge Freiberg court not Donaghy

③ I keep being told that they do not care if I write them up because I signed papers well I want them papers please Thank you I've still do not got them

PS Judge Sandra N.C Donaghy told me all you have to do is ask in the hearing for the Second motion to withdraw Tyler munger put in on Oct 27, 2023

Please Send me a copy of this Thank you   Stephen R Levi
So I know it has been filed
Because I have not been getting
Them as you will see in later letters

[signature] Stephen R Levi
01.01.2024

*3-24-2022 prelim*

## AFFIDAVIT of COMPLAINT to support ARREST WARRANT or CRIMINAL SUMMONS

Defendant (full Name): Steven Ray Levi    21-50897
Alias: _____    Street address: 4440 Suhrie Rd
City: Ooltewah    State: TN    Zip: 37363    Phone: _____    SSN: 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
DOB or age: 01/29/1977    Sex: M    Race: W    Ht: 601    Wt: 202    Hair color: Gray    Eyes: Green
Employer: None

Witness needed for hearing (to be subpoenaed only if special request is made by clerk):

| Name | Address | Zip | Phone number |
|---|---|---|---|
| Sgt. Rob Wilson | BCSO | | 423 728-7300 |
| Gerald Kersey | 4363 North Ocoee Street | 37311 | 423 618-5089 |
| Dep. Dakota Blackwell | BCSO | | 423 728-7300 |

### STATE OF TENNESSEE, COUNTY OF BRADLEY

| Charge | Name of Offense | TCA violated | Class Off |
|---|---|---|---|
| 1 | Burglary | 39-13-1002 | DF |
| 2 | Theft over $2500 | 39-14-103 | DF |
| 3 | | | |
| 4 | | | |

I wish to charge Defendant with the above offense(s). Under oath, I state said offense(s) were committed by Defendant on or about December 9, 20 21, in the County, and contrary to law. The essential facts constituting the offense(s), the source of my information, and the reason my information is believable are reliable are:

On 12/9/2021 CPD Officers were called to 4245 North Ocoee Street in reference to a Burglary. Upon arrival Officer Scott Bronze spoke with the victim Gerald Kersey. He stated he uses the basement of one of his buildings to store personal items. He came by Saturday afternoon to clean up and lock everything up. He came by again this morning and discovered the burglary.

He first knew something had happened when he tried to unlock the door; he could not insert his key into the lock, but the door was unlocked. Once inside he discovered an interior door unlocked to the storage area, which is always locked. He then saw someone had removed a hose from a drain to his dehumidifier. The person also moved a couch to block a door which the business upstairs could access. The suspect(s) also put cardboard in the windows to hide their actions.

On further checking he started noting many things were missing to include a brass table top and numerous oil paintings. The suspects also stole his dollies to move everything. The victim's loss as a result of the incident is estimated at $4700.

On 12/11/2021 BCSO Deputy Dakota Blackwell took the following report:

My loss as a result of actions by Defendant are $ _____    CONTINUED ON | SEPARATE SHEETS.
Signature: _____
Printed name: Det Brett Taylor
Address: 100 CHURCH STREET NE    Zip: 37311    Phone #: 476-1121

SWORN to (or AFFIRMED) and SUBSCRIBED before me this 12-27, 20 21
Gayla Harris Miller, Bradley County General Sessions Court, BY: _____ D.C.
The affidavit establishes probable cause to believe the stated crimes(s) was/were committed in Bradley County, TN.

Issue: ( ) CRIMINAL SUMMONS, (✓) ARREST WARRANT, Bond $ 20,000.00, ( ) Do not issue.
Date: 12-27-21    Judge or other magistrate _____

*Conflict on 01.07.22 with Jason Payne*
*Filed Larry Wright*

*Consolidated with 21-CR-5099*

*Conflict of interest Table Cart Below in Blue writing*

CONTINUATION OF AFFIDAVIT OF **Steven Ray Levi**    Dated **12/27/2021**
Total Number of Pages **2**

On December 11th 2021 I responded to 2189 in reference to an investigation unknown. While enroute dispatch advised me that the property owner had called and stated that his video cameras had been moved and he had went back and watched footage of a white male wearing a grey hoodie move the camera. Upon arrival I observed that the front of the building appeared normal. I then drove to the back of the building where storage units were located. I observed a gold vehicle parked at the corner of the building. I also observed a male and a female standing at the corner of the building. The male and female standing at the corner of the building then took off running after being told to stop. I then observed a male sitting in the gold vehicle. At this time I detained the male inside of the vehicle and placed him in my patrol vehicle. I then walked to the area where the male and female ran from me. I then observed a large plastic tote filled with tools sitting beside the building. At this time I directed several deputies to a nearby road in the direction the male and female ran. Corporal Eddie Blackwell and Sergeant Paul Singleton were able to find a male lying in a ditch that matched the description of the male that ran from me. At this time the male was identified as Mr. Jason Payne. I then walked in the direction the female was last seen running. I was able to make contact with the female lying in a thick brush area. I instructed the female to show me her hands to which she did not comply. I then fired my Taser 7 striking the female in the middle and lower portion of her back. Then female then complied to deputies commands and walked from the brushy area to us. The female was then identified as Ms. Vera Cheek. At this time I returned to my patrol vehicle and was able to identify the male sitting in the vehicle as Mr. Steven Ray Levi. All three parties were then mirandized. Mr. Levi advised he had no knowledge of any of the tools sitting beside the building. I then observed several tools and chainsaws in the back seat of the vehicle Mr. Levi was sitting in. Mr. Levi appeared to be under the influence of narcotics. He appeared to be falling asleep very quickly and slurring his speech. I then spoke with Mr. Payne who advised he ran from deputies because he was very high. I then spoke with Ms. Cheek who advised she also had no knowledge of the tote of tools she was standing beside when I arrived on scene. At this time Bradley County CID was contacted. Detective Sergeant Kevin White then responded to the scene due to the amount of tools outside of the storage units that the locks appeared to be busted off of. Mr. Payne and Mr. Levi both had tin snips in their pockets at the time they were detained. There were a total of five storage units vandalized and broken into. All parties were then taken into custody. Mr. Payne was transported to Tennova for further medical evaluation. The items beside the storage units and the vehicle were then towed to the BCSO CID garage for further processing.

On 12/14/21 I, Sgt. Rob Wilson, obtained a search warrant for the Toyota Camry. While searching the vehicle he located a large amount of stolen property from the storage units at Woodridge Crossing. Those items were returned to the victim. He also located multiple framed paintings in the trunk of the car. One of the paintings had a receipt on the back to a Betsy Kersey from Creative Custom Works. Sgt. Wilson was able to identify her husband as Gerald Kersey. He then found that on 12/9/21 he had filed a burglary report at 4245 North Ocoee Street. That report was filed with CPD report number 2021-0050897. Sgt. Wilson contacted Mr. Kersey who advised the basement at that location had been broken into and he had multiple items stolen including multiple prints and paintings. Sgt. Wilson met with Mr. Kersey. He identified a brass table top, two stage lights, and 10 paintings and prints as being stolen from his burglary.

If the defendant's charge is dismissed, a no true bill is returned by a grand jury, the defendant is arrested and released without being charged with an offense, or the court enters a nolle porsequi in the defendant's case, the defendant is entitled, upon petition by the defendant to the court having jurisdiction over the action, to the removal and destruction of all public records relating to the case without cost to the defendant.

I, Steve Levi had case pending 20-CR-176B From Dec 2019 Please keep up while waiteing for a prelim on this case in Criminal Court Larry Wright on 01.07.2022 filed a motion to withdraw due to a conflict with a codefendent Jason W Payne was appointed Tyler Munger with turnd into a PD later

Andy Bown Atty for Steve Levi at prelim on this case on 3-24-2022

Leann Sahan Head PD Atty for Vera Cheeks at prelim on this case on 3-24-2022

Tim Houshit Atty for Jason Payne at prelim on I don't know had his different Date then me and my sister

Why would Leann Sohan Head PD offer Tyler Munger a job 6 months later to make The 3rd conflict of interest Judge Boroughs knew me and my sister was in the same PD office in the same cases

2.24.22 Prelim

MITTIMUS. DEFENDANT, Steven Levi    DOCKET# 21-CR-5098

Charges: 1. Burg X5    2. Theft over $1,000 — SPI
3. Poss Burg Tools    4. Vand X5

ACTION OF COURT: Set/reset hearing on 12-28-21 at 9:00; Dismissed charges _____; Found Def guilty (or violated probation) on charges _____; Sent charges _____ to **Grand Jury**, report date _____; **JAILER, HOLD DEF UNTIL:** _____ of **jail sentence served** continuously beginning at _____ on _____, give credit for time served; $150,000 — **bond posted** (reduce to $_____ after _____ days if bond not earlier made); Credit charges with time shown by charge (may be concurrent). Permit work programs after _____ % served.

| LOCATION OF ARREST | ARRESTING OFFICER | BADGE # | SUPERVISOR |
|---|---|---|---|
| 2189 APD 40 | BLACKWELL, DAKOTA | 2370 | CHASTAIN, KEVIN |

| CHARGE #1 | CHARGE #2 | CHARGE #3 |
|---|---|---|
| 39-13-1002 - Burglary X5 | 39-14-408 - Vandalism | 39-14-103 - Theft Over 1,000 |
| CHARGE #4 | CHARGE #5 | CHARGE #6 |
| 39-14-701 - Possession of Burglary Tools | 39-14-406 - Aggravated Criminal Trespass | 39-17-310 - Public Intoxication |

| VEHICLE TAG # | STATE | YR TAG | VIN # | YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| VEHICLE DESCRIPTION OR DAMAGE | VEHICLE TOWED TO | PROPERTY DESCRIPTION |
|---|---|---|
| | | |

| WEAPON DESCRIPTION | SERIAL # | MAKE | CALIBER | TYPE |
|---|---|---|---|---|
| | | | | |

**AFFIDAVIT OF COMPLAINT:** Affiant has charged above named Defendant with the crime(s) indicated on a **WARRANT**, committed on or about December 11, 2021, in **BRADLEY COUNTY, TENNESSEE**, and says the essential facts constituting the offense(s), the source of Affiant's information, and the reasons why his/her information is believable are follows:

On December 11th 2021 I responded to 2189 in reference to an investigation unknown. While enroute dispatch advised me that the property owner had called and stated that his video cameras had been moved and he had went back and watched footage of a white male wearing a grey hoodie move the camera. Upon arrival I observed that the front of the building appeared normal. I then drove to the back of the building where storage units were located. I observed a gold vehicle parked at the corner of the building. I also observed a male and a female standing at the corner of the building. The male and female standing at the corner of the building then took off running after being told to stop. I then observed a male sitting in the gold vehicle. At this time I detained the male inside of the vehicle and placed him in my patrol vehicle. I then walked to the area where the male and female ran from me. I then observed a large plastic tote filled with tools sitting beside the building. At this time I directed several deputies to a nearby road in the direction the male and female ran. Corporal Eddie Blackwell and Sergeant Paul Singleton were able to find a male lying in a ditch that matched the description of the male that ran from me. At this time the male was identified as Mr.

Signature of Affiant _____   Date 12-11-21

Sworn to, or affirmed, and signed before me this December 11, 2021, in BRADLEY COUNTY, TENNESSEE

~~GAYLA MILLER~~, Clerk By Ashley Ivey    SEE **CONTINUATION** Y☒ N☐

This affidavit establishes probable cause to believe the stated crime(s) was/were committed in Bradley Co., TN

Ashley Ivey
(Magistrate) / Judge / Clerk

Consolidated with 21-50894

Conflict 01-02-22 with Jason Payne
Larry Wright

*Conflict of interest Table cart Below in Blue Writing*

| CONTINUATION OF AFFIDAVIT | STEVEN RAY LEVI | Dated 12/11/2021 |
|---|---|---|
| Total Number of Pages 2 | | |

Jason Payne. I then walked in the direction the female was last seen running. I was able to make contact with the female lying in a thick brush area. I instructed the female to show me her hands to which she did not comply. I then fired my Taser 7 striking the female in the middle and lower portion of her back. Then female then complied to deputies commands and walked from the brushy area to us. The female was then identified as Ms. Vera Cheek. At this time I returned to my patrol vehicle and was able to identify the male sitting in the vehicle as Mr. Steven Ray Levi. All three parties were then mirandized. Mr. Levi advised he had no knowledge of any of the tools sitting beside the building. I then observed several tools and chainsaws in the back seat of the vehicle Mr. Levi was sitting in. Mr. Levi appeared to be under the influence of narcotics. He appeared to be falling asleep very quickly and slurring his speech. I then spoke with Mr. Payne who advised he ran from deputies because he was very high. I then spoke with Ms. Cheek who advised she also had no knowledge of the tote of tools she was standing beside when I arrived on scene. At this time Bradley County CID was contacted. Detective Sergeant Kevin white then responded to the scene due to the amount of tools outside of the storage units that the locks appeared to be busted off of. Mr. Payne and Mr. levi both had tin snips in their pockets at the time they were detained. There were a total of five storage units vandalized and broken into. All parties were then taken into custody. Mr. Payne was transported to tennova for further medical evaluation. The items beside the storage unoits and the vehicle were then towed to the BCSO CID garage for further processing.

I Steve Levi had a case pending 20-CR-170B from Dec 2019 Please Keep up while waiting of the prelim on the case in criminal court Larry wright on 01.07.2022 Filed a motion to withdraw due to a conflict with a codefendent Jason payne and was Appointed Tyler mungel

John wysong Atty for Steve Levi at prelim on this case 2.24.22
Amy Reedy Attoy for vera cheeks at prelim on this case 2.24.22
Tim Hoyt Atty for Jason Payne at prelim on this case ? Don't Know Different Dates

P. Stemming from this case Lean Sahan Head Public Defender Makes The 2nd coflict at prelim on 3.24.22 as vera cheeks Atty

Not to count vera cheeks Atty in crimial court on these cases is Keith Roberts

Did my prelim on 20-CR-170B and still went to trail on 01.19.23 with conflict with Tyler mungel Then Keith making anthere Conflict when he let my sister pled to this on Oct 30, 2023

Case 1:24-mc-00003-CLC-CHS   Document 1   Filed 01/05/24   Page 5 of 5   PageID #: 5